IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES GOBER, Register No. 1128406, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4171-CV-C-NKL |
| | ) | |
| JILL McGUIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 3, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's property claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 3, 2007, is adopted. [5] It is further

ORDERED that plaintiff's property claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 5, 2007
Jefferson City, Missouri