# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| JAMES GOBER, Register No. 1128406, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4171-CV-C-NKL |
| ) | |
| JILL McGUIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 31, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 31, 2008, is adopted. [16] It is further

ORDERED that defendants' motion of December 3, 2007, to dismiss for failure to state a claim is granted and plaintiff's claims are dismissed. [10]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: May 30, 2008
Jefferson City, Missouri